People v Robinson (2024 NY Slip Op 04023)

People v Robinson

2024 NY Slip Op 04023

Decided on July 26, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 26, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., CURRAN, MONTOUR, GREENWOOD, AND KEANE, JJ.

526 KA 22-01393

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
JAHKIM ROBINSON, DEFENDANT-APPELLANT. 

FRANK H. HISCOCK LEGAL AID SOCIETY, SYRACUSE (THOMAS M. LEITH OF COUNSEL), FOR DEFENDANT-APPELLANT.
WILLIAM J. FITZPATRICK, DISTRICT ATTORNEY, SYRACUSE (BRADLEY W. OASTLER OF COUNSEL), FOR RESPONDENT. 

 Appeal from a judgment of the Onondaga County Court (Matthew J. Doran, J.), rendered March 10, 2022. The judgment convicted defendant as a juvenile offender upon a plea of guilty of murder in the second degree (two counts), robbery in the first degree and burglary in the first degree. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.
Memorandum: Defendant appeals from a judgment convicting him as a juvenile offender upon his plea of guilty of, inter alia, two counts of murder in the second degree (Penal Law § 125.25 [3]). Defendant's sole contention is that the sentence is unduly harsh and severe. Under the circumstances of this case, we reject that contention.
Entered: July 26, 2024
Ann Dillon Flynn
Clerk of the Court